IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| IVAN PAGOAGA-CASTRO, | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv321 |
| COFFIELD UNIT, ET AL. | § | |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge (docket entry #11), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation on Petitioner's motion for a preliminary injunction and a temporary restraining order (docket entry #11) is **ADOPTED**. It is further

**ORDERED** that Petitioner's motion for a preliminary injunction and a temporary restraining order (docket entry #8) is **DENIED**.

**So Ordered and Signed**
Jan 9, 2017

_____
Ron Clark, United States District Judge